Lynch v. Hazelwood

TINA DARLENE LYNCH v. HARRY ALDENE HAZELWOOD

No. 327PA84

(Filed 8 January 1985)

**Appeal and Error § 46— evenly divided court—Court of Appeals decision affirmed —no precedent**

Where one member of the Supreme Court took no part in the consideration or decision of the case, and the remaining six members of the Supreme Court are evenly divided, the decision of the Court of Appeals is affirmed and stands without precedential value.

Justice VAUGHN did not participate in the consideration or decision of this case.

ON discretionary review of the decision of the Court of Appeals in an unpublished opinion, pursuant to Rule 30(e) of the North Carolina Rules of Appellate Procedure, affirming the dismissal of plaintiff's action in an order entered by *Huffman, J.*, at the 13 June 1983 session of District Court, MOORE County. Heard in the Supreme Court 11 December 1984.

*Pollock, Fullenwider, Cunningham & Patterson, by Bruce T. Cunningham, Jr., for plaintiff appellant.*

*Staton, Perkinson, West & Doster, by Norman C. Post, Jr., for defendant appellee.*

PER CURIAM.

The Court is evenly divided. Under these circumstances, following the uniform practice of this Court and the ancient rule of praesumitur pro negante, the decision of the Court of Appeals is affirmed, not as precedent but as the decision in this case. *Durham v. R.R.*, 113 N.C. 240, 18 S.E. 208 (1893); *Reg. v. Millis*, 8 Eng. Rep. 844 (1844).

Affirmed.

Justice VAUGHN did not participate in the consideration or decision of this case.